Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Plaintiffs

Roger Flynn, (CO Bar#21078) *Pro Hac Vice Application To Be Filed*
Jeffrey C. Parsons (CO Bar#30210), *Pro Hac Vice Application To Be Filed*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense

Talasi B. Brooks (ISB #9712), *Pro Hac Vice Application To Be Filed*
Western Watersheds Project
P.O. Box 2863
Boise ID 83714
(208)336-9077
tbrooks@westernwatersheds.org

Attorney for Western Watersheds Project

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; GREAT BASIN RESOURCE WATCH; BASIN AND RANGE WATCH; and WILDLANDS DEFENSE,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; U.S. BUREAU OF LAND LAND MANAGEMENT; and ESTER M. McCULLOUGH, District Manager, BLM's Winnemucca Office,<br><br>　　　　　Defendants. | Case No.:<br><br>PLAINTIFFS' STATEMENT OF DISCLOSURE AND INTERESTED PARTIES |

Pursuant to Fed. R. Civ. Pro. 7.1, Plaintiffs, Western Watersheds Project (WWP), Great Basin Resource Watch (GBRW), Basin and Range Watch (BRW) and Wildlands Defense (WD), file this Disclosure Statement in this matter.

Plaintiffs certify that they are non-profit organizations with no parent corporations nor are there any publicly held corporations associated with Plaintiffs.

Plaintiffs also state that the only known interested party other than those participating in the case is: Lithium Nevada Corporation (LNC), a wholly owned subsidiary of Lithium Americas Corporation (LAC), the project applicant in this case.

This case is related to another recently-filed case: <u>Bartell Ranch et al. v. McCullough, et al.</u>, 3:21-cv-00080-MMD-CLB (D. Nevada 2021).

Respectfully submitted this 26th day of February, 2021.

<u>/s/ Christopher Mixson</u>
Christopher Mixson (NV Bar# 10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Plaintiffs

<u>/s/ Roger Flynn</u>
Roger Flynn, (Colo. Bar # 21078), *Pro Hac Vice Application To Be Filed*
Jeffrey C. Parsons, (Colo. Bar # 30210), *Pro Hac Vice Application To Be Filed*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Plaintiffs GBRW, BRW, and WD

<u>/s/ Talasi Brooks</u>
Talasi B. Brooks (ISB #9712), *Pro Hac Vice Application To Be Filed*
Western Watersheds Project
P.O. Box 2863
Boise ID 83701

(208) 336-9077
tbrooks@westernwatersheds.org

Attorney for Plaintiff WWP