JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov

*Attorney for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-103-MMD-CLB <br><br> **NOTICE OF APPEARANCE** |

      Please enter my appearance as counsel of record for Federal Defendants United States Department of the Interior, United States Bureau of Land Management, and Ester M. McCullough. Service of any papers and correspondence should be addressed as follows:

      <u>U.S. Mail (including USPS Priority Mail Services):</u>

            Arwyn Carroll
            U.S. Department of Justice
            Environment & Natural Resources Division
            Natural Resources Section
            P.O. Box 7611
            Washington, D.C. 20044-7611

Telephone: (202) 305-0465
Fax:  (202) 305-0506
Email:  arwyn.carroll@usdoj.gov

Express Mail Services or Hand Delivery:

4 Constitution Square
150 M Street N.E.
Suite 3.1605
Washington, DC 20002

Respectfully submitted this 16th day of March, 2021.

                                              JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

 /s/ Arwyn Carroll
ARWYN CARROLL
Trial Attorney, Natural Resources Section
Massachusetts Bar No. 675926
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  202-305-0465
Fax:  202-305-0506
arwyn.carroll@usdoj.gov

*Attorney for Federal Defendants*

**Certificate of Service**

I hereby certify that on March 16, 2021 I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

                                                 _/s/ Arwyn Carroll_
                                                 Arwyn Carroll