Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Plaintiffs

Roger Flynn, (CO Bar#21078) *Pro Hac Vice*
Jeffrey C. Parsons (CO Bar#30210), *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense

Talasi B. Brooks (ISB#9712), *Pro Hac Vice*
Western Watersheds Project
P.O. Box 2863
Boise ID 83714
(208) 336-9077
tbrooks@westernwatersheds.org

Attorney for Western Watersheds Project

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT; et al. | ) | Case No.: 3:21-cv-0103-MMD-CLB |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | PLAINTIFFS' MOTION TO FILE |
| UNITED STATES DEPARTMENT OF THE | ) | EXCESS PAGES IN SUPPORT |
| INTERIOR; et al. | ) | OF PLAINTIFFS' MOTION FOR |
| | ) | PRELIMINARY INJUNCTION |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| LITHIUM NEVADA CORPORATION, | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

Pursuant to LR 7-3, Plaintiffs hereby move the Court for leave to file 15 excess pages in support of their Motion for Preliminary Injunction. The page limit for motions for preliminary injunction is 24 pages—six less than the pages allowed for summary judgment motions. L.R. 7-3(a), (b). Plaintiffs request a total of 39 pages for their preliminary injunction motion and brief.[1]

Good cause exists for the Court to grant this motion given the legal and factual complexity of the case. Plaintiffs allege nine claims for relief related to Federal Defendants' high-profile decision to authorize the Thacker Pass lithium mine, the largest proposed lithium mine in the country and one of the largest open pit mines in the region. *See* Compl. ¶¶ 243-74, ECF No. 1. The District of Nevada has recognized that a case involving "numerous legal and procedural items" may warrant excess pages. Trina Solar US v. Carson-Selman, No. 2:20-cv-1308 JCM (BNW), 2020 WL 7338552, at *2 (D. Nev. Dec. 14, 2020). Indeed, this Court has granted a proposal by the State of Nevada and the mining industry to file a 45-page opening summary judgment brief, in light of the complexity of the issues in a public land case involving the greater sage-grouse (a protected federal wildlife species), like the one here. Or. on Stipulation, W. Exploration LLC v. U.S. Dep't of the Interior, No. 3:15-cv-491-MMD-VPC (D. Nev. Dec. 24, 2015), ECF No. 61 (Exh. 1).

Plaintiffs' burden in seeking a preliminary injunction is commensurate with the burden the parties (including the same Federal Defendants), and the Court, agreed warranted a 15-page extension of the 30-page limit for summary judgment motions in Western Exploration v. U.S. Department of the Interior. Here, to establish they are entitled to preliminary injunctive relief, Plaintiffs must show they are likely to succeed on the merits, they are likely to suffer irreparable harm in the absence of preliminary relief, the balance of equities tips in their favor, and an injunction is in the public interest. *See* Winter v. Natural Resources Defense Council, 555 U.S. 7, 20 (2008) (outlining factors).

---

[1] Plaintiffs will not oppose a reasonable and commensurate extension of page limits for opposing parties to respond to their Motion for Preliminary Injunction.

Thus, in addition to supporting their nine claims on the merits, Plaintiffs also bear the burden regarding the three other factors, in six pages less than the briefing space typically allowed for summary judgment motions. Plaintiffs have tried to condense their arguments into 24 pages and have been unable to do so due to the factual and legal complexities of this case. Decl. of Talasi B. Brooks ¶ 9 (Exh. 2). Plaintiffs therefore respectfully request that the Court grant them leave to file an additional 15 pages, for a total of 39 pages, for their preliminary injunction motion/brief.

Respectfully submitted this 27th day of May, 2021.

*/s/ Talasi Brooks*
Talasi B. Brooks (ISB #9712), *Pro Hac Vice*
Western Watersheds Project
P.O. Box 2863
Boise ID 83701
(208)336-9077
tbrooks@westernwatersheds.org

Attorney for Plaintiff WWP

*/s/ Roger Flynn*
Roger Flynn, (Colo. Bar #21078), *Pro Hac Vice*
Jeffrey C. Parsons, (Colo. Bar #30210), *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Plaintiffs GBRW, BRW, and WD

*/s/ Christopher Mixson*
Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Talasi Brooks, hereby attest that I served the foregoing and all attachments to all parties via this Court's ECF system, this 27th day of May, 2021.

*/s/ Talasi B. Brooks*