| | |
|---|---|
| Christopher Mixson (NV Bar#10685)<br>KEMP JONES, LLP<br>3800 Howard Hughes Parkway, Suite 1700<br>Las Vegas, Nevada 89169<br>702-385-6000<br>c.mixson@kempjones.com | Talasi B. Brooks (ISB#9712), *Pro Hac Vice*<br>Western Watersheds Project<br>P.O. Box 2863<br>Boise ID 83714<br>(208) 336-9077<br>tbrooks@westernwatersheds.org |
| Attorney for Plaintiffs | Attorney for Western Watersheds Project |
| Roger Flynn, (CO Bar#21078) *Pro Hac Vice*<br>Jeffrey C. Parsons (CO Bar#30210), *Pro Hac Vice*<br>WESTERN MINING ACTION PROJECT<br>P.O. Box 349, 440 Main St., #2<br>Lyons, CO 80540<br>(303) 823-5738<br>wmap@igc.org | Arwyn Carroll<br>Trial Attorney, Natural Resources Section<br>Massachusetts Bar No. 675926<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Phone: 202-305-0465<br>arwyn.carroll@usdoj.gov |
| Attorneys for Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense | *Laura K. Granier* (SBN 7357)<br>Erica K. Nannini, Esq (SBN 13922)<br>Holland & Hart LLP<br>5441 Kietzke Lane, 2nd Floor<br>Reno, Nevada 89511<br>Tel: 775-327-3000<br>lkgranier@hollandhart.com<br>eknannini@hollandhart.com |
| | Attorneys for Lithium Nevada Corp. |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; et al.<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; et al.<br><br>Defendants,<br>and<br><br>LITHIUM NEVADA CORPORATION,<br><br>Intervenor-Defendant. | Case No.: 3:21-cv-0103-MMD-CLB<br><br>JOINT REPORT ON PRELIMINARY INJUNCTION HEARING |

Pursuant to this Court's Minute Order of June 11, 2021 (ECF # 27), the parties jointly submit this status report regarding the upcoming hearing on Plaintiffs' Motion for Preliminary Injunction scheduled for July 21, 2021.

The parties have conferred and no party intends to present testimony at the hearing. The parties instead intend to present oral argument, relying on the declarations and exhibits submitted in support of and in opposition to Plaintiffs' motion, subject to resolution of any motions to strike or for related relief.

Respectfully submitted this 6th day of July, 2021.

/s/ Talasi B. Brooks (ISB#9712), Pro Hac Vice
Western Watersheds Project
P.O. Box 2863
Boise ID 83714
(208) 336-9077
tbrooks@westernwatersheds.org

Attorney for Western Watersheds Project

/s/ Roger Flynn (CO Bar#21078) Pro Hac Vice
Jeffrey C. Parsons (CO Bar#30210), Pro Hac Vice
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense

/s/ Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Plaintiffs

JEAN E. WILLIAMS

JOINT STATUS REPORT—1

Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*/s/ Arwyn Carroll*
Trial Attorney, Natural Resources Section
Massachusetts Bar No. 675926
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: 202-305-0465
arwyn.carroll@usdoj.gov

Attorney for Federal Defendants

*/s/ Laura K. Granier* (SBN 7357)
Erica K. Nannini, Esq (SBN 13922)
Holland & Hart LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511
Tel: 775-327-3000
lkgranier@hollandhart.com
eknannini@hollandhart.com

Attorneys for Lithium Nevada Corp.

## **CERTIFICATE OF SERVICE**

I, Talasi Brooks, hereby attest that I served the foregoing and all attachments to all parties via this Court's ECF system, this 6th day of July, 2021.

*/s/ Talasi B. Brooks*