Julie Cavanaugh-Bill (State Bar No. 11533)
Cavanaugh-Bill Law Offices
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357
julie@cblawoffices.org

William Falk (Utah Bar No. 16678) *Pro Hac Vice Application To Be Filed*
2980 Russet Sky Trail
Castle Rock, CO
(319) 830-6086
falkwilt@gmail.com

Terry J. Lodge (Ohio Bar No. 29271) *Pro Hac Vice Application To Be Filed*
316 N. Michigan St., Suite 520
Toledo, OH 43604-5627
(419) 205-7084
tjlodge50@yahoo.com

Attorneys for Reno-Sparks Indian Colony and Atsa koodakuh wyh Nuwu

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>　　　　Plaintiffs,<br><br>and<br><br>RENO-SPARKS INDIAN COLONY and ATSA KOODAKUH WYH NUWU/ PEOPLE OF RED MOUNTAIN<br><br>　　　　Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　Defendants | Case No. 3:21-cv-103-MMD-CLB<br><br>**MOTION FOR EXPEDITED REVIEW** |

1

| | |
|---|---|
| and | ) |
| | ) |
| LITHIUM NEVADA CORP. | ) |
| | ) |
|     Defendant-Intervenor | ) |
| _____ | ) |

      The Reno-Sparks Indian Colony and Atsa koodakuh wyh Nuwu/People of Red Mountain (together "Plaintiff-Intervenors"), by and through local counsel Julie Cavanaugh-Bill and out-of-state counsel William Falk and Terry Lodge (who are submitting *pro hac vice* applications and will comply with LR IA 11-2 within 14 days), hereby move for an expedited review of Plaintiff-Intervenors Motion to Intervene.

      The Plaintiff-Intervenors bring claims that Defendant Bureau of Land Management (BLM) is in violation of the National Historic Preservation Act's Section 106 consultation. Despite this violation, BLM will likely permit, and Defendant-Intervenor Lithium Nevada Corp. (Lithium Nevada) will contract with, an archaeological firm to perform destructive mechanical trenching and other digging operations in connection with the Thacker Pass Lithium Mine Project, as soon as July 29. The Plaintiff-Intervenors request that the Court make an expedited ruling on their Motion to Intervene.

      In the absence of preliminary injunctive relief or a temporary restraining order, Plaintiff-Intervenors face imminent, irreparable harm. If an expedited ruling can be made granting the Plaintiff-Intervenor's Motion to Intervene, then Plaintiff-Intervenors will quickly move for a Preliminary Injunction against physical

disturbance in Thacker Pass. The Plaintiff-Intervenors have proffered their proposed Motion for Preliminary Injunction and attachments along with the instant Motion so the Court can review all of the Plaintiff-Intervenors' arguments.

Respectfully submitted this 20th day of July, 2021.

By: /s/Julie Cavanaugh-Bill
Julie Cavanaugh-Bill (State Bar No. 11533)
Cavanaugh-Bill Law Offices
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357
julie@cblawoffices.org

William Falk, Esq (Utah Bar No. 16678)
2980 Russet Sky Trail
Castle Rock, CO 80101
(319) 830-6086
falkwilt@gmaail.com

Terry J. Lodge, Esq. (Ohio Bar No. 29271)
316 N. Michigan St., Suite 520
Toledo, OH 43604-5627
(419) 205-7084
tjlodge50@yahoo.com
Co-Counsel for Intervenors

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2021, I filed the foregoing using the United States District Court CM/ECF, which caused all counsel of record to be served electronically.

By: /s/Julie Cavanaugh-Bill
Julie Cavanaugh-Bill (State Bar No. 11533)

**EXHIBIT INDEX**

| EXHIBIT | DESCRIPTION | # OF PAGES |
|---|---|---|
| 1 | Reno-Sparks Indian Colony and Atsa koodakuh wyh Nuwu's Proposed Motion for Preliminary Injunction | 22 |