JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ARWYN CARROLL (MA Bar 675926)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0465
Fax: (202) 305-0506
arwyn.carroll@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants <br><br> and <br><br> LITHIUM NEVADA CORP. <br><br> Defendant-Intervenor | Case No. 3:21-cv-103-MMD-CLB <br><br> **FEDERAL DEFENDANTS' RESPONSE TO RENO-SPARKS INDIAN COLONY AND ATSA KOODAKUH WYH NUWU/PEOPLE OF RED MOUNTAIN MOTION TO INTERVENE** |

**Defs' Resp. to Mot. to Intervene**

Federal Defendants state that they do not oppose the Reno-Sparks Indian Colony and Atsa Koodakuh Wyh Nuwu/People of Red Mountain's (Movants) motion to intervene in the above captioned case. Federal Defendants reserve the right to assert any defenses or jurisdictional or procedural challenges to Movants' claims.

Respectfully submitted this 26th day of July, 2021.

JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

 /s/ Arwyn Carroll
ARWYN CARROLL
Trial Attorney, Natural Resources Section
Massachusetts Bar No. 675926
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  202-305-0465
Fax:  202-305-0506
arwyn.carroll@usdoj.gov

*Attorneys for Federal Defendants*
