Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Plaintiffs

Roger Flynn, (CO Bar#21078) *Pro Hac Vice*
Jeffrey C. Parsons (CO Bar#30210), *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Great Basin Resource Watch, Basin and Range Watch, and Wildlands Defense

Talasi B. Brooks (ISB#9712), *Pro Hac Vice*
Western Watersheds Project
P.O. Box 2863
Boise ID 83714
(208) 336-9077
tbrooks@westernwatersheds.org

Attorney for Western Watersheds Project

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., | Case No.: 3:21-cv-0103-MMD-CLB |
| Plaintiffs, | PLAINTIFFS' RESPONSE IN SUPPORT OF RENO-SPARKS INDIAN COLONY AND ATSA KOODAKUH WYH NUWU/PEOPLE OF RED MOUNTAIN MOTION TO INTERVENE |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants, | |
| and | |
| LITHIUM NEVADA CORPORATION, | |
| Intervenor-Defendant. | |

Plaintiffs respectfully submit this Response in support of the Reno-Sparks Indian Colony and Atsa Koodakuh Wyh Nuwu/People of Red Mountain's Motion to intervene in the above-captioned matter. Proposed Plaintiff-Intervenors have raised serious issues about the adequacy of the National Historic Preservation Act (NHPA) consultation process with Native American tribes and groups for the Thacker Pass Project and show that the imminent Historic Properties Treatment Plan (HPTP) activities incorporated in the Record of Decision threaten irreparable harm to their interests in protecting cultural artifacts and human remains in the Project area. *See* Proposed PI Mot. at 8 (ECF #44-1). These interests are not represented by any party to the litigation. Consequently, the Proposed Plaintiff-Intervenors should be granted intervention as of right. Fed. R. Civ. P. 24(a)(2). Proposed Plaintiff-Intervenors have also shown that permissive intervention would be appropriate since their claims are centered around the Thacker Pass Project and thus share common questions of law or fact with the main action. Fed. R. Civ. P. 24(b)(1)(b); *see also Paher v. Cegavske*, No. 3:20-cv-243-MMD-WGC, 2020 WL 2042365, at *3 (D. Nev. Apr. 28, 2020) (granting intervention).

Respectfully submitted this 26th day of July, 2021.

*/s/ Talasi Brooks*
Talasi B. Brooks (ISB #9712), *Pro Hac Vice*
Western Watersheds Project
P.O. Box 2863
Boise ID 83701
(208)336-9077
tbrooks@westernwatersheds.org

Attorney for Plaintiff WWP

*/s/ Roger Flynn*
Roger Flynn, (Colo. Bar #21078), *Pro Hac Vice*
Jeffrey C. Parsons, (Colo. Bar #30210), *Pro Hac Vice*
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org

Attorneys for Plaintiffs GBRW, BRW, and WD

*/s/ Christopher Mixson*
Christopher Mixson (NV Bar#10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
702-385-6000
c.mixson@kempjones.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Talasi Brooks, hereby attest that I served the foregoing on all parties via this Court's ECF system, this 26th day of July, 2021.

*/s/ Talasi B. Brooks*