JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

LEILANI DOKTOR (HI Bar 11201)
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0447
Fax: (202) 305-0506
leilani.doktor@usdoj.gov

*Attorney for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>                Defendants. | Case No. 3:21-cv-103-MMD-CLB<br><br>**NOTICE OF APPEARANCE** |

Please enter my appearance as counsel of record for Federal Defendants United States Department of the Interior, United States Bureau of Land Management, and Ester M. McCullough. Service of any papers and correspondence should be addressed as follows:

U.S. Mail (including USPS Priority Mail Services):

> Leilani Doktor
> U.S. Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Telephone: (202) 305-0447
> Fax:  (202) 305-0506
> Email:  leilani.doktor@usdoj.gov

<u>Express Mail Services or Hand Delivery</u>:

    4 Constitution Square
    150 M Street N.E.
    Suite 3.1002
    Washington, DC 20002

Respectfully submitted this 26th day of July, 2021.

                                               JEAN E. WILLIAMS
                                               Acting Assistant Attorney General
                                               United States Department of Justice
                                               Environment and Natural Resources Div.

                                               <u>*/s/ Leilani Doktor*</u>
                                               LEILANI DOKTOR
                                               Trial Attorney, Natural Resources Section
                                               Hawaii Bar No. 11201
                                               P.O. Box 7611
                                               Washington, D.C. 20044-7611
                                               Phone:  202-305-0447
                                               Fax:  202-305-0506
                                               leilani.doktor@usdoj.gov

                                               *Attorney for Federal Defendants*

**Certificate of Service**

I hereby certify that on July 26, 2021 I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

          /s/ Leilani Doktor
          Leilani Doktor